**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittney Hawkey, George Santos, Colby Alan Savage,
Oscar Davis, Sr., and Justin Rogers (Deceased),
Defendants,

Of whom Brittney Hawkey is the Appellant

and

George Santos, Colby Alan Savage, Oscar Davis, Sr., and
Justin Rogers (Deceased) are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001952

————————

Appeal From Oconee County
W. Marsh Robertson, Family Court Judge

————————

Unpublished Opinion No. 2020-UP-106
Submitted April 3, 2020 – Filed April 8, 2020

————————

**AFFIRMED**

————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC, of Anderson, for Respondent George Santos.

Thomas Harper Collins, of Harper Collins LLC, of Anderson, for Respondent Colby Alan Savage.

Nima Fiuzat, of Fiuzat Law Offices, P.C., of Clemson, for Respondent Oscar Davis, Sr.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Brittney Hawkey appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hawkey's counsel.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.